IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

**V.**  **CRIMINAL NO. 1:05CR080-P-D**

**ANTHONY CABANISS,**

**ORDER DENYING MOTION TO COMPEL**

This cause is before the court on Defendant's motion to compel. Defendant is seeking an order that would require attorney Johnnie Walls, Jr. to provide Defendant copies of all documents related to the criminal matter for purposes of appeal. The court recently appointed an attorney to represent Defendant during the appeals process. Therefore, Defendant's attorney is charged with gathering any documents necessary for perfecting an appeal. Thus, Defendant's motion to compel (docket entry135) is DENIED.

**SO ORDERED**, this the 6th day of November, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE