# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

**V.**  **CRIMINAL NO. 1:05CR080-P-D**

**ANTHONY CABANISS,**

## ORDER DENYING MOTION TO COMPEL

This cause is before the court on Defendant's motion to compel. Defendant is seeking an order that would require attorney Robert Davis, Jr. to provide Defendant copies of all documents related to the criminal matter for purposes of appeal. The court recently appointed Davis to represent Defendant during the appeals process. Therefore, Defendant's attorney is charged with gathering any documents necessary for perfecting an appeal. Thus, Defendant's motion to compel (docket entry139) is DENIED.

Petitioner is warned that so long as he is represented by counsel he should refrain from filing motions or requests to the court independent of his attorney. *United States v Wagner, 158 F.3d 901*, 902-03 (5th Cir. 1998).

**SO ORDERED**, this the 19th day of February, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE