# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**ANTHONY CABANISS**                                                                   **PETITIONER**

**V.**                                         **NO. 1:05CR080-WAP**

**UNITED STATES OF AMERICA**                              **RESPONDENT**

## ORDER DENYING MOTIONS

Petitioner, an inmate proceeding *pro se*, has filed two letter motions seeking an order that would compel the United States Attorney to file a motion pursuant to F. Rule Crim. P. 35. The court has no authority to grant such relief in the absence of a motion by the Government. *U.S. v. Grant*, 493 F.3d 464, 468 (5th Cir. 2007) (no obligation to file a Rule 35(b) motion despite substantial assistance). No such motion has been filed in this case. *U.S. v. Price*, 95 F.3d 364, 368 (5th Cir. 1996) (government has discretionary power to make such motions).

It is THEREFORE ORDERED that Petitioner's letter motion (docket entry 157) is DENIED. This the 1st day of March, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE